**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| PARKER-HANNIFIN CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No.  07-104 |
| | ) | |
| SEIREN CO., LTD., | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S RULE 7.1 STATEMENT**

Plaintiff Parker-Hannifin Corporation ("Parker"), by and through its undersigned counsel, sets forth the following information in accordance with Fed. R. Civ. P. 7.1:

(a)    *The identity of any parent corporation*:  Parker has no parent corporation.

(b)    *The identity of any publicly held corporation that owns 10% or more of its stock*: No publicly held corporation owns 10% or more of Parker's stock.

Dated:       February 27, 2007            /s/ Francis DiGiovanni
                                          Rudolf E. Hutz (#484)
                                          Harold Pezzner (#479)
                                          Francis DiGiovanni (#3189)
                                          CONNOLLY BOVE LODGE & HUTZ LLP
                                          The Nemours Building
                                          1007 N. Orange Street
                                          Wilmington, DE  19899
                                          Phone (302) 658-9141
                                          e-mail: fdigiovanni@cblh.com

                                          *Attorneys for Parker-Hannifin*

517980_1