IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PARKER-HANNIFIN CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-104-*** |
| | ) | |
| SEIREN CO., LTD., | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATED ORDER WAIVING SERVICE AND EXTENDING TIME**

WHEREAS, defendant Seiren Co., Ltd. ("Seiren") has agreed to waive formal service of the Complaint filed by Parker-Hannifin in this action;

IT IS HEREBY STIPULATED AND AGREED by the parties to this Stipulation, subject to the approval of the Court, that the Complaint will be deemed to be properly served on Seiren as of the date the Court enters this Stipulation, that Seiren has not waived any jurisdictional defenses by this Stipulation, and that the time within which Seiren may move, answer, or otherwise respond to the Complaint is extended to and including May 31, 2007.

| | |
|---|---|
| CONNOLLY BOVE LODGE AND HUTZ LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | |
| */s/ Francis DiGiovanni* | */s/ Jack B. Blumenfeld* |
| ──────────────────────── | ──────────────────────── |
| Rudolf E. Hutz (#484) | Jack B. Blumenfeld (#1014) |
| Harold Pezzner (#479) | Leslie A. Polizoti (#4299) |
| Francis DiGiovanni (#3189) | 1201 N. Market Street |
| 1007 North Orange Street | P.O. Box 1347 |
| P.O. Box 2207 | Wilmington, DE 19899 |
| Wilmington, DE 19899 | (302) 658-9200 |
| (302) 658-9141 | jblumenfeld@mnat.com |
| fdigiovanni@cblh.com | *Attorneys for Defendant* |
| *Attorneys for Plaintiff* | |

SO ORDERED this _____ day of May, 2007.

────────────────────────────────
United States District Judge