IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PARKER-HANNIFIN CORPORATION, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 07-104 (***) ) |
| SEIREN CO., LTD., | ) ) |
| Defendant. | ) ) |

### DEFENDANT'S RULE 7.1 STATEMENT

Pursuant to Fed. R. Civ. P. 7.1(a), defendant Seiren Co., Ltd. states that it has no parent company and that no publicly traded company owns more than 10% of its stock.

                         MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                         */s/ Jack B. Blumenfeld*

                         Jack B. Blumenfeld (#1014)
                         Leslie A. Polizoti (#4299)
                         1201 North Market Street
                         P.O. Box 1347
                         Wilmington, DE 19899-1347
                         (302) 658-9200
                         jblumenfeld@mnat.com
                         *Attorneys for Defendant*
                           *Seiren Co., Ltd.*

*Of Counsel:*

Scott M. Daniels
Ken-Ichi Hattori
Michael J. Caridi
WESTERMAN, HATTORI, DANIELS
  & ADRIAN, LLP
1250 Connecticut Avenue, N.W.
Suite 700
Washington, DC 20036
(202) 822-1100

May 31, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2007 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

>Rudolf E. Hutz, Esquire
>Harold Pezzner, Esquire
>Francis DiGiovanni, Esquire
>Connolly Bove Lodge & Hutz LLP

I further certify that I caused to be served copies of the foregoing document on May 31, 2007 upon the following in the manner indicated:

| | |
|---|---|
| Rudolf E. Hutz, Esquire<br>Harold Pezzner, Esquire<br>Francis DiGiovanni, Esquire<br>Connolly Bove Lodge & Hutz LLP<br>The Nemours Building<br>1007 N. Orange Street<br>Wilmington, DE  19801 | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)