# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

PARKER-HANNIFIN CORPORATION,  :
                              :
                   Plaintiff, :
                              :
        v.                    :    C. A. No. 07-104-***
                              :
SEIREN CO., LTD.,             :
                              :
                   Defendant. :

## <u>ORDER</u>

At Wilmington this **5th** day of **June, 2007**.

IT IS ORDERED that the Rule 16 scheduling teleconference scheduled for Wednesday, June 13, 2007 at 11:00 a.m. with Magistrate Judge Thynge has been rescheduled to **Monday, June 25, 2007 at 10:00 a.m.  Plaintiff's counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.


/s/ Mary Pat Thynge_____
UNITED STATES MAGISTRATE JUDGE