**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| PARKER-HANNIFIN CORPORATION, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C. A. No. 07-104-*** |
| | : | |
| SEIREN CO., LTD., | : | |
| | : | |
| Defendant. | : | |

**ORDER**

At Wilmington this **8th** day of **June, 2007**.

IT IS ORDERED that the Rule 16 scheduling teleconference scheduled for Monday, June 25, 2007 at 10:00 a.m. with Magistrate Judge Thynge has been rescheduled to **Tuesday, August 7, 2007 at 10:00 a.m. Plaintiff's counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE