IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PARKER-HANNIFIN CORPORATION, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 07-104 (***) |
| SEIREN CO., LTD., | ) ) | |
| Defendant. | ) ) ) | |

**MOTION AND ORDER**
**FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Scott M. Daniels and Michael J. Caridi, of Westerman, Hattori, Daniels & Adrian, LLP, 1250 Connecticut Avenue, N.W., Suite 700, Washington, DC 20036 to represent defendant Seiren Co., Ltd. in this matter.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Leslie A. Polizoti (#4299)*
_____
Jack B. Blumenfeld (#1014)
Leslie A. Polizoti (#4299)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
lpolizoti@mnat.com
   *Attorneys for Defendant Seiren Co., Ltd.*

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Date: _____    _____
                                                                United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: July 27, 2007

Scott M. Daniels
Westerman, Hattori, Daniels & Adrian, LLP
1250 Connecticut Avenue, N.W.
Suite 700
Washington, DC 20036
(202) 822-1100

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the District of Columbia and the State of Maryland and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: 7/25/2007

Michael J. Caridi
Westerman, Hattori, Daniels & Adrian, LLP
1250 Connecticut Avenue, N.W.
Suite 700
Washington, DC 20036
(202) 822-1100

**CERTIFICATE OF SERVICE**

I hereby certify that on August 1, 2007 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

>Rudolf E. Hutz, Esquire
>Harold Pezzner, Esquire
>Francis DiGiovanni, Esquire
>Connolly Bove Lodge & Hutz LLP

I further certify that I caused to be served copies of the foregoing document on August 1, 2007, upon the following in the manner indicated:

Rudolf E. Hutz, Esquire                                          *VIA ELECTRONIC MAIL*
Harold Pezzner, Esquire
Francis DiGiovanni, Esquire
Ryan P. Newell, Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE  19801


                                            */s/ Leslie A. Polizoti (#4299)*
                                            _____
                                            Leslie A. Polizoti (#4299)