IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PARKER-HANNIFIN CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SEIREN CO., LTD, )<br>)<br>Defendant. )<br>) | Civil Action No. 07-104 (***) |

### NOTICE OF SERVICE

The undersigned hereby certifies that copies of (i) *Defendant Seiren Co., Ltd.'s First Set of Interrogatories to Plaintiff Parker-Hannifin Corporation* and (ii) *Defendant Seiren Co., Ltd.'s First Set of Document Requests to Plaintiff Parker-Hannifin Corporation* were caused to be served on August 14, 2007 upon the following in the manner indicated:

Rudolf E. Hutz, Esquire                                       *VIA OVERNIGHT COURIER*
Harold Pezzner, Esquire
Francis DiGiovanni, Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19801

                                               MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                               /s/ Jack B. Blumenfeld
                                               _____
*Of Counsel:*                                  Jack B. Blumenfeld (#1014)
                                               Leslie A. Polizoti (#4299)
Scott M. Daniels, Esquire                      1201 North Market Street
WESTERMAN, HATTORI, DANIELS                    P.O. Box 1347
  & ADRIAN, LLP                                Wilmington, DE 19899-1347
1250 Connecticut Avenue, N.W.                  (302) 658-9200
Suite 700                                      jblumenfeld@mnat.com
Washington, DC 20036                           lpolizoti@mnat.com

                                               *Attorneys for Defendant*
August 15, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on August 15, 2007 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

>Rudolf E. Hutz, Esquire
>Harold Pezzner, Esquire
>Francis DiGiovanni, Esquire
>CONNOLLY BOVE LODGE & HUTZ LLP

I further certify that I caused to be served copies of the foregoing document on August 15, 2007 upon the following in the manner indicated:

| | |
|---|---|
| Rudolf E. Hutz, Esquire<br>Harold Pezzner, Esquire<br>Francis DiGiovanni, Esquire<br>Ryan P. Newell, Esquire<br>CONNOLLY BOVE LODGE & HUTZ LLP<br>The Nemours Building<br>1007 N. Orange Street<br>Wilmington, DE  19801 | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |

_____
Jack B. Blumenfeld (#1014)