IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PARKER HANNIFIN CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 07-cv- 00104-*** |
| v. | ) | |
| SEIREN CO., LTD., | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of the **INITIAL DISCLOSURES OF PLAINTIFF PARKER-HANNIFIN CORPORATION PURSUANT TO FED. R. CIV. P. RULE 26(a)** were served upon the following attorneys of record on September 18, 2007:

| **VIA E-MAIL AND HAND DELIVERY** | **VIA E-MAIL AND U.S. MAIL** |
|---|---|
| Jack B. Blumenfeld | Scott M. Daniels |
| Morris, Nichols, Arsht & Tunnell, LLP | Ken-Ichi Hattori |
| 1201 N. Market Street | Michael J. Caridi |
| P.O. Box 1347 | Westerman, Hattori, Daniels & Adrian, LLP |
| Wilmington, DE 19899 | 1250 Connecticut Ave. NW |
| jblumenfeld@mnat.com | Washington, DC 20036 |
| rsmith@mnat.com | sdaniels@whdapatentlaw.com |

Dated: September 18, 2007

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19899
(302) 658-9141

## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to counsel of record on the Court's CM/ECF registrants for this case. I further certify that on September 18, 2007, I caused a copy of the foregoing document to be served upon the following in the manner indicated:

**BY E-MAIL AND HAND DELIVERY**
Jack B. Blumenfeld
Morris, Nichols, Arsht & Tunnell, LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
jblumenfeld@mnat.com

**BY E-MAIL AND U.S. MAIL**
Scott M. Daniels
Ken-Ichi Hattori
Michael J. Caridi
Westerman, Hattori, Daniels & Adrian, LLP
1250 Connecticut Ave. NW
Washington, D.C. 20036
sdaniels@whdapatentlaw.com

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)