IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PARKER-HANNIFIN CORPORATION, | ) |
| Plaintiff, | ) ) ) |
| v. | ) )  Civil Action No. 07-104 (***) |
| SEIREN CO., LTD, | ) ) |
| Defendant. | ) ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of (1) *Defendant Seiren's Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1)* and (2) *Seiren's Electronic Discovery Disclosures* were caused to be served on September 18, 2007 upon the following in the manner indicated:

Rudolf E. Hutz, Esquire
Harold Pezzner, Esquire
Francis DiGiovanni, Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE  19801

*VIA ELECTRONIC MAIL
and HAND DELIVERY*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *Julia Heaney*
_____
Jack B. Blumenfeld (#1014)
Julia Heaney (#3052)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
jblumenfeld@mnat.com
jheaney@mnat.com

*Attorneys for Defendant*

OF COUNSEL:

Scott M. Daniels, Esquire
WESTERMAN, HATTORI, DANIELS
  & ADRIAN, LLP
1250 Connecticut Avenue, N.W.
Suite 700
Washington, DC  20036

September 18, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2007 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

> Rudolf E. Hutz, Esquire
> Harold Pezzner, Esquire
> Francis DiGiovanni, Esquire
> CONNOLLY BOVE LODGE & HUTZ LLP

I further certify that I caused to be served copies of the foregoing document on September 18, 2007 upon the following in the manner indicated:

| | |
|---|---|
| Rudolf E. Hutz, Esquire<br>Harold Pezzner, Esquire<br>Francis DiGiovanni, Esquire<br>CONNOLLY BOVE LODGE & HUTZ LLP<br>The Nemours Building<br>1007 N. Orange Street<br>Wilmington, DE 19801 | *VIA ELECTRONIC MAIL<br>and HAND DELIVERY* |

*/s/ Julia Heaney*
_____
Julia Heaney (#3052)