# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PARKER HANNIFIN CORPORATION,           )<br>                                                                    )<br>                                                                    )<br>                              Plaintiff,           )<br>                                                                    )<br>              v.                                                 )<br>                                                                    )<br>SEIREN CO., LTD.,                                   )<br>                                                                    )<br>                                                                    )<br>                                                                    )<br>                              Defendant.       )<br>_____) | Civil Action No. 07-cv- 00104-*** |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of **(1) Responses and Objections to Defendant's First Set of Document Requests Direct to Plaintiff (Nos. 1-63) and (2) Answers and Objections to Defendant's First Set of Interrogatories Directed to Plaintiff** were served upon the following attorneys of record on October 1, 2007 in accordance with the parties' agreement of September 12, 2007:

| **VIA E-MAIL AND HAND DELIVERY** | **VIA E-MAIL AND U.S. MAIL** |
|---|---|
| Jack B. Blumenfeld | Scott M. Daniels |
| Julia Heaney | Ken-Ichi Hattori |
| Morris, Nichols, Arsht & Tunnell, LLP | Michael J. Caridi |
| 1201 N. Market Street | Westerman, Hattori, Daniels & Adrian, LLP |
| P.O. Box 1347 | 1250 Connecticut Ave. NW |
| Wilmington, DE 19899 | Washington, DC 20036 |
| jblumenfeld@mnat.com | sdaniels@whdapatentlaw.com |

Dated:  October 1, 2007

s/ Ryan P. Newell
Francis DiGiovanni (#3189)
Ryan P. Newell (#4744)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE  19899
(302) 658-9141

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to counsel of record on the Court's CM/ECF registrants for this case. I further certify that on October 1, 2007, I caused a copy of the foregoing document to be served upon the following in the manner indicated:

**BY E-MAIL AND HAND DELIVERY**
Jack B. Blumenfeld
Julia Heaney
Morris, Nichols, Arsht & Tunnell, LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
jblumenfeld@mnat.com

**BY E-MAIL AND U.S. MAIL**
Scott M. Daniels
Ken-Ichi Hattori
Michael J. Caridi
Westerman, Hattori, Daniels & Adrian, LLP
1250 Connecticut Ave. NW
Washington, D.C. 20036
sdaniels@whdapatentlaw.com

/s/ *Ryan P. Newell*
Ryan P. Newell (#4744)