## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PARKER-HANNIFIN CORPORATION, | : |
| Plaintiff, | : |
| v. | : C. A. No. 07-104-*** |
| SEIREN CO., LTD., | : |
| Defendant. | : |

## ORDER

At Wilmington this **22nd** day of **October, 2007,**

IT IS ORDERED that the teleconference scheduled for October 29, 2007 at 5:30 p.m. with Judge Thynge shall take place at **4:00 p.m. Defense counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE