IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PARKER-HANNIFIN CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-104 (***) |
| | ) | |
| SEIREN CO., LTD, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of (1) *Seiren's Objections and Responses to Parker's First Set of Interrogatories (Nos. 1-15)* and (2) *Seiren's Objections and Responses to Plaintiff's First Set of Requests for Production of Documents and Things (Nos. 1-83)* were caused to be served on October 22, 2007 upon the following in the manner indicated:

Rudolf E. Hutz, Esquire                                                      *VIA ELECTRONIC MAIL*
Harold Pezzner, Esquire
Francis DiGiovanni, Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19801

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *Julia Heaney*

Jack B. Blumenfeld (#1014)
Julia Heaney (#3052)
OF COUNSEL:                                   1201 North Market Street
                                              P.O. Box 1347
Scott M. Daniels, Esquire                     Wilmington, DE 19899-1347
WESTERMAN, HATTORI, DANIELS                   (302) 658-9200
  & ADRIAN, LLP                               jblumenfeld@mnat.com
1250 Connecticut Avenue, N.W.                 jheaney@mnat.com
Suite 700
Washington, DC 20036                          *Attorneys for Defendant*

October 22, 2007

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 22, 2007 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

> Rudolf E. Hutz, Esquire
> Harold Pezzner, Esquire
> Francis DiGiovanni, Esquire
> CONNOLLY BOVE LODGE & HUTZ LLP

I further certify that I caused to be served copies of the foregoing document on October 22, 2007 upon the following in the manner indicated:

Rudolf E. Hutz, Esquire                                                    *VIA ELECTRONIC MAIL*
Harold Pezzner, Esquire
Francis DiGiovanni, Esquire
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE  19801


*/s/ Julia Heaney*
_____
Julia Heaney (#3052)