IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PARKER HANNIFIN CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SEIREN CO., LTD., )<br>)<br>Defendant. ) | Civil Action No. 07-cv-00104-*** |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of **Plaintiff's First Set of Requests for Admission (Nos. 1-40), Plaintiff's Second Set of Requests for Production of Documents and Things (Nos. 87-111), and Plaintiff's Second Set of Interrogatories (Nos. 16-17)** were served upon the following attorneys of record on October 10, 2007 via electronic mail and on October 29, 2007 via the following means:

| VIA HAND DELIVERY | VIA U.S. MAIL |
|---|---|
| Jack B. Blumenfeld | Scott M. Daniels |
| Julia Heaney | Ken-Ichi Hattori |
| Morris, Nichols, Arsht & Tunnell, LLP | Michael J. Caridi |
| 1201 N. Market Street | Westerman, Hattori, Daniels & Adrian, LLP |
| P.O. Box 1347 | 1250 Connecticut Ave. NW |
| Wilmington, DE 19899 | Washington, DC 20036 |
| jblumenfeld@mnat.com | sdaniels@whdapatentlaw.com |

Dated: October 29, 2007

/s/ Daniel J. Harbison
Daniel J. Harbison (#3954)
Francis DiGiovanni (#3189)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19899
(302) 658-9141
dharbison@cblh.com