IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PARKER-HANNIFIN CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 07-104 (***) |
| v. | ) | |
| | ) | |
| SEIREN CO., LTD., | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF SERVICE

The undersigned hereby certifies that copies of (1) *Seiren's Answers to Parker's Second Set of Interrogatories (Nos. 16-17)*; (2) *Seiren's Objections and Responses to Plaintiff's Second Set of Requests for Production of Documents and Things (Nos. 87-111)*; and (3) *Defendant Seiren Co. Ltd.'s Responses to Plaintiff's First Set of Requests for Admission (Nos. 1-40)* were caused to be served on November 16, 2007 upon the following in the manner indicated:

Rudolf E. Hutz, Esquire                                    *VIA ELECTRONIC MAIL*
Harold Pezzner, Esquire
Francis DiGiovanni, Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE  19801

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Julia Heaney*

_____

Jack B. Blumenfeld (#1014)
Julia Heaney (#3052)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
jblumenfeld@mnat.com
jheaney@mnat.com

*Attorneys for Defendant*

OF COUNSEL:

Scott M. Daniels, Esquire
WESTERMAN, HATTORI, DANIELS
  & ADRIAN, LLP
1250 Connecticut Avenue, N.W.
Suite 700
Washington, DC  20036

November 16, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2007 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

Rudolf E. Hutz, Esquire
Harold Pezzner, Esquire
Francis DiGiovanni, Esquire
CONNOLLY BOVE LODGE & HUTZ LLP

I further certify that I caused to be served copies of the foregoing document on November 16, 2007 upon the following in the manner indicated:

Rudolf E. Hutz, Esquire                                   *VIA ELECTRONIC MAIL*
Harold Pezzner, Esquire
Francis DiGiovanni, Esquire
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE  19801

/s/ Julia Heaney
_____
Julia Heaney (#3052)