IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PARKER-HANNIFIN CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 07-104 (***) |
| v. | ) | |
| | ) | |
| SEIREN CO., LTD., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of (1) *Defendant's First Set of Requests for Admission (Nos. 1-38)*; and (2) *Defendant Seiren Co., Ltd.'s Second Set of Document Requests (Nos. 64-70) to Plaintiff Parker-Hannifin Corporation* were caused to be served on December 3, 2007 upon the following in the manner indicated:

Rudolf E. Hutz, Esquire                                                                                      *VIA ELECTRONIC MAIL*
Harold Pezzner, Esquire
Francis DiGiovanni, Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE  19801

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        */s/ Julia Heaney*

        ―――――――――――――――――――
        Jack B. Blumenfeld (#1014)
        Julia Heaney (#3052)
        1201 North Market Street
        P.O. Box 1347
        Wilmington, DE  19899-1347
        (302) 658-9200
        jblumenfeld@mnat.com
        jheaney@mnat.com

        *Attorneys for Defendant*

OF COUNSEL:

Scott M. Daniels, Esquire
WESTERMAN, HATTORI, DANIELS
  & ADRIAN, LLP
1250 Connecticut Avenue, N.W.
Suite 700
Washington, DC  20036

December 3, 2007

**CERTIFICATE OF SERVICE**

    I hereby certify that on December 3, 2007 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

> Rudolf E. Hutz, Esquire
> Harold Pezzner, Esquire
> Francis DiGiovanni, Esquire
> CONNOLLY BOVE LODGE & HUTZ LLP

    I further certify that I caused to be served copies of the foregoing document on December 3, 2007 upon the following in the manner indicated:

Rudolf E. Hutz, Esquire                   *VIA ELECTRONIC MAIL*
Harold Pezzner, Esquire
Francis DiGiovanni, Esquire
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE  19801


                */s/ Julia Heaney*
                _____
                Julia Heaney (#3052)