# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PARKER HANNIFIN CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SEIREN CO., LTD., )<br>)<br>Defendant. ) | Civil Action No. 07-cv-00104-*** |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of **Plaintiff's Answers and Objections to Defendant's Second Set of Document Requests (Nos. 64-70), and Plaintiff's Answers and Objections to Defendant's First Set of Requests for Admissions (Nos. 1-38)** were served upon the following attorneys of record on January 7, 2008:

| VIA E-MAIL AND HAND DELIVERY | VIA E-MAIL AND U.S. MAIL |
|---|---|
| Jack B. Blumenfeld | Scott M. Daniels |
| Julia Heaney | Ken-Ichi Hattori |
| Morris, Nichols, Arsht & Tunnell, LLP | Michael J. Caridi |
| 1201 N. Market Street | Westerman, Hattori, Daniels & Adrian, LLP |
| P.O. Box 1347 | 1250 Connecticut Ave. NW |
| Wilmington, DE 19899 | Washington, DC 20036 |
| jblumenfeld@mnat.com | sdaniels@whdapatentlaw.com |

Dated: January 7, 2008

/s/ Francis DiGiovanni
Rudolf E. Hutz (#484)
Francis DiGiovanni (#3189)
Daniel J. Harbison (#3954)
Steven A. Nash (PA #85707 admitted *pro hac vice*)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19899
(302) 658-9141
fdigiovanni@cblh.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 7, 2008, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to counsel of record on the Court's CM/ECF registrants for this case. I further certify that on January 7, 2008, I caused a copy of the foregoing document to be served upon the following in the manner indicated:

**BY E-MAIL AND HAND DELIVERY**
Jack B. Blumenfeld
Julia Heaney
Morris, Nichols, Arsht & Tunnell, LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
jblumenfeld@mnat.com

**BY E-MAIL AND U.S. MAIL**
Scott M. Daniels
Ken-Ichi Hattori
Michael J. Caridi
Westerman, Hattori, Daniels & Adrian, LLP
1250 Connecticut Ave. NW
Washington, D.C. 20036
sdaniels@whdapatentlaw.com

*/s/ Francis DiGiovanni*
Francis DiGiovanni (#3189)