IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PARKER-HANNIFIN CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-104 (***) |
| | ) | |
| SEIREN CO., LTD., | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION AND ORDER FOR EXTENSION OF TIME**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time for defendant, Seiren Co., Ltd. to respond to Plaintiff's Motion for Leave to File First Amended Complaint (D.I. 32) is extended by 30 days until February 27, 2008.

| CONNOLLY BOVE LODGE & HUTZ LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Francis DiGiovanni (#3189)* | */s/ Julia Heaney (#3052)* |
| Rudolf E. Hutz (#484) | Jack B. Blumenfeld (#1014) |
| Francis DiGiovanni (#3189) | Julia Heaney (#3052) |
| The Nemours Building | 1201 North Market Street |
| 1007 North Orange Street | P.O. Box 1347 |
| P.O. Box 2207 | Wilmington, DE 19899-1347 |
| Wilmington, DE 19899 | (302) 658-9200 |
| (302) 658-9141 | jheaney@mnat.com |
| fdigiovanni@cblh.com | *Attorneys for Defendant Seiren Co., Ltd.* |
| *Attorneys for Plaintiff* | |

SO ORDERED this _____ day of January, 2008.

_____
United States Magistrate Judge

1424071