# CONNOLLY BOVE LODGE & HUTZ LLP
### ATTORNEYS AT LAW

**Francis DiGiovanni**
Partner

TEL (302) 888-6316
FAX (302) 658-5614
EMAIL fdigiovanni@cblh.com
REPLY TO Wilmington Office

WILMINGTON, DE

The Nemours Building
1007 North Orange St.
P.O. Box 2207
Wilmington, DE 19899
TEL: (302) 658 9141
FAX: (302) 658 5614
WEB: www.cblh.com

January 31, 2008

**VIA ELECTRONIC FILING**

Magistrate Judge Mary Pat Thynge
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, Delaware 19801

    Re:   *Parker-Hannifin Corporation v. Seiren Co., Ltd.*
             Civil Action No. 07-104-***-MPT
             Interim Status Report

Dear Judge Thynge:

    I write on behalf of Parker-Hannifin Corp. ("Parker") and with the authorization of counsel for Seiren Co., Ltd. ("Seiren"). This letter is being submitted in accordance with Paragraph 7 of the Court's Scheduling Order of September 11, 2007 (D.I. 19).

    The parties have both served first and second sets of discovery requests, including Interrogatories, Requests for Production, and Requests for Admissions. Both parties have served answers to the requests directed to them. The parties have also begun to exchange documents. Seiren has produced a large number of Japanese-language documents, which Parker is in the process of reviewing.

    The parties are presently discussing the possibility of settlement, and have agreed to a temporary stay of discovery in hopes that an agreement can be reached shortly.

    The parties look forward to the Status Conference scheduled for February 7, 2008.

                                Very truly yours,

                                Francis DiGiovanni

SN/el

Magistrate Judge Mary Pat Thynge
January 31, 2008
Page 2 of 2

cc:   Clerk of Court (via Electronic Filing)

589340v1