IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PARKER-HANNIFIN CORPORATION, and | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 1:07-cv-00104-JFF-MPT |
| | : | |
| SEIREN CO., LTD., | : | |
| | : | |
| Defendant. | : | |

**CONSENT TO THE EXERCISE OF JURISDICTION BY A**
**UNITED STATES MAGISTRATE JUDGE**

IT IS HEREBY STIPULATED AND AGREED, in accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, that, subject to the approval of the Court, the parties in this case consent to have The Honorable Mary Pat Thynge, United States Magistrate Judge, conduct any and all proceedings in this case, including the trial, order the entry of a final judgment, and conduct all post-judgment proceedings.

| CONNOLLY BOVE LODGE & HUTZ LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| By: */s/ Francis DiGiovanni* <br> Rudolf E. Hutz (#484) <br> Francis DiGiovanni (#3189) <br> Steven A. Nash (PA #85707 – admitted *pro hac vice*) <br> The Nemours Building <br> 1007 North Orange Street <br> Wilmington, Delaware 19801 <br> (302) 658-9141 <br> *Attorneys for Plaintiffs* | By: */s/ Julia Heaney* <br> Jack B. Blumenfeld (#1014) <br> Julia Heaney (#3052) <br> 1201 N. Market Street <br> P.O. Box 1347 <br> Wilmington, Delaware 19899-1347 <br> (302) 658-9200 <br> *Attorneys for Defendant* |

Dated: March 12, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PARKER-HANNIFIN CORPORATION, and | : |
| Plaintiff, | : |
| v. | : C.A. No. 1:07-cv-00104-JFF-MPT |
| SEIREN CO., LTD., | : |
| Defendant. | : |

## ORDER OF REFERENCE

IT IS ORDERED that this case be referred to The Honorable Mary Pat Thynge, United States Magistrate Judge, to conduct all proceedings and order the entry of judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

_____     _____
Date                                                   Farnan, J., United States District Judge