IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PARKER-HANNIFIN CORPORATION, and | : |
| Plaintiff, | : |
| v. | : C.A. No.1:07-cv-00104 JJF-MPT |
| SEIREN CO., LTD., | : |
| Defendant. | : |

### ORDER OF REFERENCE

IT IS ORDERED that this case be referred to The Honorable Mary Pat Thynge, United States Magistrate Judge, to conduct all proceedings and order the entry of judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

_March 14, 2008_  
Date

_/s/ Joseph J. Farnan_  
Farnan, J., United States District Judge