IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

PARKER-HANNIFIN CORPORATION,     )
                                  )
           Plaintiff,         )
                                  )
    v.                        )    C.A. No. 07-104 (MPT)
                                  )
SEIREN CO., LTD.,                )
                                  )
           Defendant.     )

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Defendant Seiren Co., Ltd.'s Third*

*Set of Document Requests (No. 71) to Plaintiff Parker-Hannifin Corporation by Seiren Co., Ltd.*

were caused to be served on March 17, 2008 upon the following in the manner indicated:

**BY HAND DELIVERY**
**AND E-MAIL**

Rudolf E. Hutz, Esquire
Francis DiGiovanni, Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE  19801

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Julia Heaney (#3052)*

OF COUNSEL:

Scott M. Daniels, Esquire
Ken-Ichi Hattori
Michael J. Caridi
WESTERMAN, HATTORI, DANIELS
   & ADRIAN, LLP
1250 Connecticut Avenue, N.W.
Suite 700
Washington, DC  20036

Jack B. Blumenfeld (#1014)
Julia Heaney (#3052)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
jheaney@mnat.com
   *Attorneys for Defendant Seiren Co., Ltd.*

March 17, 2008

1

## CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2008 I electronically filed the foregoing with

the Clerk of the Court using CM/ECF, which will send notification of such filing to:

> Rudolf E. Hutz, Esquire
> Francis DiGiovanni, Esquire
> CONNOLLY BOVE LODGE & HUTZ LLP

I further certify that I caused to be served copies of the foregoing document on

March 17, 2008 upon the following in the manner indicated:

## BY E-MAIL

> Rudolf E. Hutz, Esquire
> Francis DiGiovanni, Esquire
> Connolly Bove Lodge & Hutz LLP
> The Nemours Building
> 1007 N. Orange Street
> Wilmington, DE  19801

*/s/ Julia Heaney (#3052)*

Julia Heaney (#3052)