## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

PARKER HANNIFIN CORPORATION,    )
                                )
                  Plaintiff,    )
                                )
        v.                      )         Civil Action No. 07-cv-00104-*** MPT
                                )
SEIREN CO., LTD.,               )
                                )
                  Defendant.    )

## ORDER

WHEREAS, the Court has reviewed plaintiff Parker-Hannifin Corp.'s Motion for

Leave to File First Amended Complaint (the "Motion") arguments made thereupon, and

any opposition thereto;

IT IS SO ORDERED, this ___25___ day of ___April___, 2008, pursuant to

Federal Rule of Civil Procedure 15(a), that the Motion is granted, and plaintiff Parker-

Hannifin Corp.'s First Amended Complaint as set forth in Exhibit 1 to the Motion is

deemed filed and served on defendant Seiren Co., LTD.

_____
United States ~~District~~ Judge
Magistrate