# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Julia Heaney
302 351 9221
302 425 3004 Fax
jheaney@mnat.com

July 29, 2008

**BY E-FILING**

Ms. Cathie Kennedy
Judicial Assistant to Judge Thynge
United States District Court
    for the District of Delaware
844 King Street
Wilmington, DE  19801

      Re: *Parker-Hannifin Corporation v Seiren Co., Ltd.*
           C.A. 07-104 (MPT)

Dear Ms. Kennedy:

    We are scheduled to appear in Courtroom 2B on August 1, 2008 for the *Markman* hearing in the above-captioned matter.  On behalf of the parties, I am writing to request permission for counsel to bring a projector, laptop computer, elmo, screen and switch into Courtroom 2B to assist in our presentation.

    We agree to comply with the policies and procedures instituted by the Court as well as the United States Marshal's policy regarding electronic devices.

    Thank you for your assistance with this matter.

                                          Sincerely,

                                          Julia Heaney

JH:ncf

cc: Clerk, US District Court (by hand delivery)
     Keith Ash, Chief Court Security Officer (by hand delivery)
     Steven Nash (by e-mail)
     Francis DiGiovanni (by e-mail)
     Scott Daniels (by e-mail)

2429325