**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

PARKER-HANNIFIN CORPORATION, et al.,  :

           Plaintiffs,          :

       v.               :   C.A. No. 07-104-MPT

SEIREN CO., LTD.,          :

           Defendant.       :

## AMENDMENT TO SCHEDULING ORDER

The parties to this action, having conferred and having determined that additional time for submission of expert reports would be appropriate, stipulate and agree, subject to the Order of the Court, to the following;

     1.     Paragraph 3.d of the Court's Initial Scheduling Order of September 11, 2007 (D.I. 19) is hereby vacated, and shall be replaced by paragraph 2 of this stipulated Order.

     2.     <u>Disclosure of Expert Testimony.</u>  For the party who has the initial burden of proof on the subject matter, the initial Federal Rule 26(a)(2) disclosure of expert testimony is due on or before **September 15, 2008**.  The supplemental disclosure to contradict or rebut evidence on the same matter identified by another party is due on or before **October 15, 2008**.  Along with the submissions of the expert reports, the parties shall advise of the dates and times of their experts' availability for deposition.  Expert depositions shall be completed by **November 14, 2008**.

CONNOLLY BOVE LODGE & HUTZ LLP

By:   /s/ Francis DiGiovanni
      Francis DiGiovanni (#3189)
      Steven A. Nash (PA #85707 –
        admitted *pro hac vice*)
      The Nemours Building
      1007 North Orange Street
      Wilmington, Delaware 19801
      (302) 658-9141
      *Attorneys for Plaintiffs*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

By:   /s/ Julia Heaney
      Jack B. Blumenfeld (#1014)
      Julia Heaney (#3052)
      1201 N. Market Street
      P.O. Box 1347
      Wilmington, Delaware 19899-1347
      (302) 658-9200
      *Attorneys for Defendant*

SO ORDERED this __ day of August, 2008.

_____
UNITED STATES MAGISTRATE JUDGE