IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PARKER-HANNIFIN CORPORATION, et al., | : | |
| Plaintiffs, | : : : | |
| v. | : : | C.A. No. 07-104-MPT |
| SEIREN CO., LTD., | : : | |
| Defendant. | : | |

## AMENDMENT TO SCHEDULING ORDER

The parties to this action, having conferred and having determined that additional time for submission of expert reports would be appropriate, stipulate and agree, subject to the Order of the Court, to the following;

1. Paragraph 3.d of the Court's Initial Scheduling Order of September 11, 2007 (D.I. 19) is hereby vacated, and shall be replaced by paragraph 2 of this stipulated Order.

2. <u>Disclosure of Expert Testimony.</u> For the party who has the initial burden of proof on the subject matter, the initial Federal Rule 26(a)(2) disclosure of expert testimony is due on or before **September 15, 2008**. The supplemental disclosure to contradict or rebut evidence on the same matter identified by another party is due on or before **October 15, 2008**. Along with the submissions of the expert reports, the parties shall advise of the dates and times of their experts' availability for deposition. Expert depositions shall be completed by **November 14, 2008**.

|  |  |
|---|---|
| CONNOLLY BOVE LODGE & HUTZ LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |

By:   /s/ Francis DiGiovanni
    Francis DiGiovanni (#3189)
    Steven A. Nash (PA #85707 –
      admitted *pro hac vice*)
    The Nemours Building
    1007 North Orange Street
    Wilmington, Delaware 19801
    (302) 658-9141
    *Attorneys for Plaintiffs*

By:   /s/ Julia Heaney
    Jack B. Blumenfeld (#1014)
    Julia Heaney (#3052)
    1201 N. Market Street
    P.O. Box 1347
    Wilmington, Delaware 19899-1347
    (302) 658-9200
    *Attorneys for Defendant*

SO ORDERED this 12 day of August, 2008.

_____
UNITED STATES MAGISTRATE JUDGE