IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

PARKER-HANNIFIN CORPORATION and )
PARKER INTANGIBLES, LLC, )
)
Plaintiffs, )
)
v. ) C.A. No. 07-104 (MPT)
)
SEIREN CO., LTD., )
)
Defendant. )

**DEFENDANT SEIREN'S MOTION FOR SUMMARY JUDGMENT
OF INVALIDITY FOR DOUBLE PATENTING**

Pursuant to Fed. R. Civ. P. 56(c), defendant Seiren Co., Ltd ("Seiren") hereby

moves for summary judgment that claims 1, 4, 5, 8 and 10 of U.S. Patent No. 6,777,095 are

invalid for double patenting. The grounds for this motion are set forth in Seiren's Opening Brief,

submitted herewith.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____

Jack B. Blumenfeld (#1014)
Julia Heaney (#3052)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
jheaney@mnat.com

*Of Counsel:*

Scott M. Daniels
Ken-Ichi Hattori
Michael J. Caridi
WESTERMAN, HATTORI, DANIELS
 & ADRIAN, LLP
1250 Connecticut Avenue, N.W.
Suite 700
Washington, DC 20036
(202) 822-1100

*Attorneys for Defendant Seiren Co., Ltd.*

August 22, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2008 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

> Rudolf E. Hutz, Esquire
> Francis DiGiovanni, Esquire
> CONNOLLY BOVE LODGE & HUTZ LLP

I further certify that I caused to be served copies of the foregoing document on August 22, 2008 upon the following in the manner indicated:

## BY E-MAIL

> Rudolf E. Hutz, Esquire
> Francis DiGiovanni, Esquire
> Connolly Bove Lodge & Hutz LLP
> The Nemours Building
> 1007 N. Orange Street
> Wilmington, DE  19801

Jack B. Blumenfeld (#1014)