IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PARKER-HANNIFIN CORPORATION and PARKER INTANGIBLES, LLC, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 07-104 (MPT) ) |
| SEIREN CO., LTD., | ) ) |
| Defendant. | ) |

**MOTION OF DEFENDANT, SERIEN CO., LTD., FOR LEAVE TO FILE
AN AMENDED ANSWER TO FIRST AMENDED COMPLAINT**

Pursuant to Rule 15 of the Federal Rules of Civil Procedure, Defendant Seiren Co., Ltd ("Seiren") moves for leave to file an Amended Answer. The Amended Answer is attached hereto as Exhibit A. A "redlined" copy of the Amended Answer that indicates in what respects it differs from the Answer it amends is attached hereto as Exhibit B.

The Amended Answer incorporates the same affirmative defense of inequitable conduct that was previously raised by Schlegel Corporation in its related case also brought by Plaintiffs Parker-Hannifin Corporation and Parker Intangibles, LLC (No. 07-cv-266-MPT).

This motion is supported by Seiren's Opening Brief file herewith.

WHEREFORE, Seiren respectfully requests that the Court grant this Motion for Leave to File an Amended Answer.

- 2 -

                            MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                            */s/ Julia Heaney*

                            _____
                            Jack B. Blumenfeld (#1014)
                            Julia Heaney (#3052)
                            1201 North Market Street
                            P.O. Box 1347
                            Wilmington, DE  19899-1347
                            (302) 658-9200
                            jheaney@mnat.com
OF COUNSEL:                     *Attorneys for Defendant Seiren Co., Ltd.*

Scott M. Daniels
Ken-Ichi Hattori
Michael J. Caridi
WESTERMAN, HATTORI, DANIELS
  & ADRIAN, LLP
1250 Connecticut Avenue, N.W.
Suite 700
Washington, DC  20036
(202) 822-1100

August 25, 2008
2459517

## **RULE 7.1.1 CERTIFICATE**

Pursuant to D. Del. L.R. 7.1.1, this is to certify that counsel for Seiren have discussed the subject matter of this motion with counsel for plaintiff, who stated that they will oppose the motion.

*/s/ Julia Heaney*
Julia Heaney (#3052)

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2008 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

>Rudolf E. Hutz, Esquire
>Francis DiGiovanni, Esquire
>CONNOLLY BOVE LODGE & HUTZ LLP

I further certify that I caused to be served copies of the foregoing document on August 25, 2008 upon the following in the manner indicated:

## BY E-MAIL

>Rudolf E. Hutz, Esquire
>Francis DiGiovanni, Esquire
>Connolly Bove Lodge & Hutz LLP
>The Nemours Building
>1007 N. Orange Street
>Wilmington, DE  19801

*/s/ Julia Heaney*

Julia Heaney (#3052)